NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

JAMES ARTHUR VAUGHN, *Petitioner.*

No. 1 CA-CR 23-0255 PRPC
FILED 11-28-2023

Petition for Review from the Superior Court in Maricopa County
No. CR0000-134298
The Honorable Danielle J. Viola, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Douglas Gerlach
*Counsel for Respondent*

Law Offices of Stephen L. Duncan PLC, Scottsdale,
By Stephen L. Duncan
*Counsel for Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Jennifer B. Campbell, and Judges Kent E. Cattani and Anni Hill Foster delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**         Petitioner James Arthur Vaughn seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's fifth petition.

**¶2**         Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**         We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, the petition for review, and State's response. We find that petitioner has not established an abuse of discretion.

**¶4**         We grant review but deny relief.

